DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STANFORD v. OWENS

No. 548P85.

Case below: 76 N.C. App. 284.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 November 1985.

## STATE v. BELL

No. 619P85.

Case below: 76 N.C. App. 680.

Petitions by defendant for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 16 October 1985.

## STATE v. CASTLEBERRY

No. 530P85.

Case below: 73 N.C. App. 420.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 October 1985.

## STATE v. CURTIS

No. 399P85.

Case below: 75 N.C. App. 200.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 October 1985. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 1 October 1985.

## STATE v. DAVIDSON

No. 695P85.

Case below: 77 N.C. App. 540.

Petitions by Attorney General for discretionary review under G.S. 7A-31 and for writ of supersedeas under Rule 23 denied 25 November 1985. Notice of appeal by Attorney General under G.S. 7A-30 dismissed 25 November 1985.